IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| YOLANDA MILLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:24-CV-00027-FL |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 10th day of July, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge