UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


YOLANDA MILLS                              )
                        Plaintiff,         )
                                           )
v.                                         )        **JUDGMENT**
                                           )
                                           )        No.  4:24-CV-27-FL
MARTIN O'MALLEY, Commissioner of           )
the Social Security Administration         )
                        Defendant.


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 22, 2024,  that defendant pay to plaintiff $6,100.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on July 22, 2024, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)


July 22, 2024                          PETER A. MOORE, JR., CLERK


                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collns, Deputy Clerk